IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CRAIG A. HARRENSTEIN,<br><br>               Plaintiff,<br><br>vs.<br><br>HALL COUNTY, NEBRASKA,<br><br>               Defendant. | 4:22-CV-3015<br><br>JUDGMENT |

On the plaintiff's motion to dismiss (filing 23), this case is dismissed with prejudice.

Dated this 2nd day of November, 2023.

BY THE COURT:

*(signed)* John M. Gerrard
John M. Gerrard
Senior United States District Judge